159 So. 919

**Walter McWHIRTER v. STATE.**

8 Div. 69.

Court of Appeals of Alabama.

Feb. 26, 1935.

RICE, Judge.

Affirmed.

161 So. 919

**Essie MALACHI v. STATE.**

3 Div. 761.

Court of Appeals of Alabama.

May 14, 1935.

RICE, Judge.

Appeal dismissed.

159 So. 893

**Ex parte G. L. MALONE.**

7 Div. 120.

Court of Appeals of Alabama.

Jan. 9, 1935.

Rehearing Denied Jan. 15, 1935.

John B. Isbell, of Fort Payne, and Oliver D. Street, of Guntersville, for petitioner.

Hugh Reed, of Centre, Claud D. Scruggs, of Guntersville, and Haralson & Son, Scott & Dawson, Baker & Baker, J. A. Johnson, and J. V. Curtis, all of Fort Payne, for respondent.

RICE, Judge.

We are of the opinion that this petition should be denied. See Fulton v. Longshore, Probate Judge, 156 Ala. 611, 46 So. 989, 19 L. R. A. (N. S.) 602. And it is so ordered.

Petition denied.

163 So. 908

**Tom MALONE v. STATE.**

8 Div. 250.

Court of Appeals of Alabama.

Oct. 29, 1935.

RICE, Judge.

Affirmed.

151 So. 925

**John Henry MANUEL v. STATE.**

3 Div. 745.

Court of Appeals of Alabama.

Dec. 11, 1933.

BRICKEN, Presiding Judge.

Appeal dismissed on motion of appellant.

161 So. 919

**Cecil MANN v. STATE.**

7 Div. 129.

Court of Appeals of Alabama.

June 4, 1935.

SAMFORD, Judge.

Affirmed.

160 So. 921

**Dillard MAPLES v. STATE.**

8 Div. 70.

Court of Appeals of Alabama.

March 26, 1935.

BRICKEN, Presiding Judge.

Affirmed.